**FeeDueINST, Repeat, APPEAL**

# U.S. Bankruptcy Court
## District of Maryland (Baltimore)
## Bankruptcy Petition #: 22-13191

| | |
|---|---|
| *Assigned to:* Judge Nancy V. Alquist | *Date filed:* 06/10/2022 |
| Chapter 7 | *341 meeting:* 07/19/2022 |
| Voluntary | *Deadline for objecting to discharge:* 09/19/2022 |
| No asset | *Deadline for financial mgmt. course:* 09/19/2022 |
| | *Case Administrator:*  Kizzy Fraser |
| | *Team 4 Phone:*  410-962-0795 |

*Debtor*　　　　　　　　　　　　　　　　　　　　　　　represented by **Renee McCray**
**Renee McCray**　　　　　　　　　　　　　　　　　　PRO SE
109 N Edgewood Street
Baltimore, MD 21229
BALTIMORE (CITY)-MD
SSN / ITIN: xxx-xx-9178

*Trustee*
**Zvi Guttman**
c/o The Law Offices of Zvi Guttman, P.A.
P. O. Box 32308
Baltimore, MD 21282-2308
(410) 580-0500
Fax : (410) 580-0700
Email: zguttman@gmail.com

| Filing Date | # | Docket Text |
|---|---|---|
| 08/01/2022 | 35 (3 pgs; 2 docs) | Supplemental Transmittal to District Court (related document(s)27 Notice of Appeal filed by Debtor Renee McCray). (Fraser, Kizzy) (Entered: 08/01/2022) |
| 08/01/2022 | 34 (2 pgs) | Order Granting Relief From Automatic Stay Re: 109 N. Edgewood Street, Baltimore MD 21229. (related document(s):10 Relief from Stay and Notice of Motion filed by Creditor Federal Home Loan Mortgage Corporation). (Fraser, Kizzy) (Entered: 08/01/2022) |
| 07/31/2022 | 33 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)29 Notice). No. of Notices: 2. Notice Date 07/31/2022. (Admin.) (Entered: 08/01/2022) |
| 07/31/2022 | 32 (2 pgs) | BNC Certificate of Mailing. (related document(s)28 Deficiency Notice). No. of Notices: 1. Notice Date 07/31/2022. (Admin.) (Entered: 08/01/2022) |

| | | |
|---|---|---|
| 07/30/2022 | 31 (2 pgs) | BNC Certificate of Mailing. (related document(s)26 Transcript). No. of Notices: 1. Notice Date 07/30/2022. (Admin.) (Entered: 07/31/2022) |
| 07/29/2022 | 30 (10 pgs; 4 docs) | Initial Transmittal to District Court (related document(s)27 Notice of Appeal filed by Debtor Renee McCray). (Attachments: # 1 Ruling/Disposition # 2 Docket Report) (Fraser, Kizzy) (Entered: 07/29/2022) |
| 07/29/2022 | 29 (3 pgs) | Notice of Filing of Appeal to the U.S. District Court (related document(s)27 Notice of Appeal filed by Debtor Renee McCray). (Fraser, Kizzy) (Entered: 07/29/2022) |
| 07/29/2022 | 28 (1 pg) | Deficiency Notice. The debtor failed to pay the filing fee. (related document(s)27 Notice of Appeal filed by Debtor Renee McCray). Cured Pleading due by 8/12/2022. (Fraser, Kizzy) (Entered: 07/29/2022) |
| 07/28/2022 | 27 (2 pgs) | Notice of Appeal to District Court Filed by Renee McCray. Receipt Number, Fee NOT PAID (related document(s)25 Hearing Held (Bk)). Appellant Designation due by 8/11/2022. (Fraser, Kizzy) (Entered: 07/29/2022) |
| 07/28/2022 | 26 (1 pg) | Transcript of Hearing held on 7/21/2022 before Judge Nancy V. Alquist. Transcript was received on 7/28/2022. TRANSCRIPT IS RESTRICTED FOR 90 DAYS BY JUDICIAL CONFERENCE POLICY. (related document(s)10 Motion for Relief from Stay and Notice of Motion filed by Creditor Federal Home Loan Mortgage Corporation, 22 Debtor's Opposition Motion for Relief from Automatic Stay on behalf of Renee McCray filed by Debtor Renee McCray, 23 Line Providing Additional Documents on behalf of Federal Home Loan Mortgage Corporation filed by Mark David Meyer). Notice of Intent to Request Redaction Deadline Due By 8/4/2022. Redaction Request Due By 8/18/2022. Redacted Transcript Submission Due By 8/29/2022. Transcript access will be restricted through 10/26/2022. (Taylor, Shanita) (Entered: 07/28/2022) |
| 07/21/2022 | 25 (1 pg) | Hearing Held (related document(s)10 Motion for Relief from Stay and Notice of Motion Re: 109 N. Edgewood Street, Baltimore MD 21229 Filed by Federal Home Loan Mortgage Corporation, 22 Opposition filed by Debtor Renee McCray, 23 Line filed by Creditor Federal Home Loan Mortgage Corporation). P. 10 GRANTED AS STATED ON THE RECORD. (Yalley, Joyce) (Entered: 07/22/2022) |
| 07/19/2022 | 24 | Chapter 7 Trustee's Report of No Distribution: I, Zvi Guttman, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed R Bank P 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that I be discharged from any further duties as trustee. Meeting of Creditors and Examination of Debtor(s) Conducted. Key information about this case |

| | | |
|---|---|---|
| | | as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 1 months. Assets Abandoned (without deducting any secured claims): $367846.00, Assets Exempt: Not Available, Claims Scheduled: $108031.13, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): $108031.13. (Guttman, Zvi) (Entered: 07/19/2022) |
| 07/06/2022 | 23<br>(54 pgs; 7 docs) | Line Providing Additional Documents on behalf of Federal Home Loan Mortgage Corporation Filed by Mark David Meyer (related document(s)10 Relief from Stay and Notice of Motion filed by Creditor Federal Home Loan Mortgage Corporation). (Attachments: # 1 Appellate Opinion # 2 Order Denying Petition for Cert. # 3 6/15 Order # 4 6/15 Order # 5 6/15 Order # 6 6/15 Order) (Meyer, Mark) (Entered: 07/06/2022) |
| 07/06/2022 | | Receipt of Installment - Receipt Number 40143546, Fee Amount $170.00 (related document(s)1 Voluntary Petition (Chapter 7) filed by Debtor Renee McCray). (Hunt-Caldwell, Shari) (Entered: 07/06/2022) |
| 06/30/2022 | | The Debtor(s) is/are certified as having complied with all filing requirements of 11 U.S.C. Sec. 521(a)(1), with the exception of subparagraph 521(a)(1)(B)(iv), which is not filed with the Court pursuant to LBR 1007-4. (Fraser, Kizzy) (Entered: 06/30/2022) |
| 06/29/2022 | 22<br>(62 pgs; 2 docs) | Debtor's Opposition to Motion for Relief from Automatic Stay on behalf of Renee McCray Filed by Renee McCray (related document(s)10 Relief from Stay and Notice of Motion filed by Creditor Federal Home Loan Mortgage Corporation). Hearing scheduled for 7/21/2022 at 02:00 PM by videoconference or teleconference. For hearing access information see www.mdb.uscourts.gov/hearings or call 410-962-2688. (Attachments: # 1 Exhibits A-F) (Fraser, Kizzy) (Entered: 06/30/2022) |
| 06/29/2022 | 21<br>(1 pg) | Disclosure of Compensation of Bankruptcy Petition Preparer Filed by Renee McCray . (Fraser, Kizzy) (Entered: 06/30/2022) |
| 06/29/2022 | 20<br>(2 pgs) | Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Form 119) Filed by Renee McCray . (Fraser, Kizzy) (Entered: 06/30/2022) |
| 06/26/2022 | 19<br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)18 Order on Application to Have the Filing Fee Waived). No. of Notices: 1. Notice Date 06/26/2022. (Admin.) (Entered: 06/27/2022) |
| 06/26/2022 | | Returned Mail: mail sent via USPS was returned as undeliverable for the following: Mailed on 06/15/2022 a notice RE: Meeting of Creditors Chapter 7 TO American Home Mortgage 520 Broadhollow Road Melville, NY 11747-3603. (admin) (Entered: 06/26/2022) |
| 06/24/2022 | 18<br>(1 pg) | Order Denying Application to Have the Filing Fee Waived (related document(s):5 Application to Have the Filing Fee Waived filed by Debtor Renee McCray). Final Installment Payment due by 9/8/2022. (Fraser, Kizzy) (Entered: 06/24/2022) |

| Date | Doc | Description |
|---|---|---|
| 06/17/2022 | 17 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s)12 Order to Show Cause). No. of Notices: 1. Notice Date 06/17/2022. (Admin.) (Entered: 06/18/2022) |
| 06/15/2022 | 16 (2 pgs) | BNC Certificate of Mailing. (related document(s)8 Notice to Self-Represented Debtors). No. of Notices: 1. Notice Date 06/15/2022. (Admin.) (Entered: 06/16/2022) |
| 06/15/2022 | 15 (2 pgs) | BNC Certificate of Mailing. (related document(s)7 Notice of Deadline for Filing Missing Documents). No. of Notices: 1. Notice Date 06/15/2022. (Admin.) (Entered: 06/16/2022) |
| 06/15/2022 | 14 (2 pgs) | BNC Certificate of Mailing - Notice of Requirement to Complete Financial Management Course. (related document(s)6 Meeting of Creditors Chapter 7). No. of Notices: 1. Notice Date 06/15/2022. (Admin.) (Entered: 06/16/2022) |
| 06/15/2022 | 13 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (related document(s)6 Meeting of Creditors Chapter 7). No. of Notices: 7. Notice Date 06/15/2022. (Admin.) (Entered: 06/16/2022) |
| 06/15/2022 | 12 (1 pg) | ORDER DISSOLVED: DOCUMENTS FILED AT 20 & 21. Order that Bankruptcy Petition Preparer Show Cause Why Fees Should not be Refunded. Response to Show Cause Order due by 6/29/2022. (Fraser, Kizzy) Modified on 6/30/2022 (Fraser, Kizzy). (Entered: 06/15/2022) |
| 06/15/2022 | 11 (2 pgs) | Notice of Appearance and Request for Notice Filed by Federal Home Loan Mortgage Corporation. (Meyer, Mark) (Entered: 06/15/2022) |
| 06/15/2022 | | Receipt of filing fee for Relief from Stay and Notice of Motion( 22-13191) [motion,mrlfntc] ( 188.00). Receipt number A39690456. Fee amount 188.00 (re: Doc # 10) (U.S. Treasury) (Entered: 06/15/2022) |
| 06/15/2022 | 10 (45 pgs; 6 docs) | Motion for Relief from Stay and Notice of Motion Re: 109 N. Edgewood Street, Baltimore MD 21229. Fee Amount $188. Notice Served on 6/15/2022, Filed by Federal Home Loan Mortgage Corporation. Objections due by 06/29/2022. with three additional calendar days allowed if all parties are not served electronically. Hearing scheduled for 07/21/2022 at 02:00 PM - Courtroom 2-A. (Attachments: # 1 Notice # 2 eviction order # 3 docket # 4 report of sale # 5 ratification) (Meyer, Mark) (Entered: 06/15/2022) |
| 06/14/2022 | | The Debtor(s) is/are certified as having complied with all filing requirements of 11 U.S.C. Sec. 521(a)(1), with the exception of subparagraph 521(a)(1)(B)(iv), which is not filed with the Court pursuant to LBR 1007-4. (Fraser, Kizzy) (Entered: 06/14/2022) |
| 06/14/2022 | 9 (1 pg) | Certificate of Credit Counseling on Behalf of Renee McCray Filed by Renee McCray (related document(s)7 Notice of Deadline for Filing Missing Documents). (Fraser, Kizzy) (Entered: 06/14/2022) |

| | | |
|---|---|---|
| 06/14/2022 | | Notice of Prior Filing for debtor Renee McCray Case Number 95-53814, Chapter 7 filed in Maryland Bankruptcy Court on 05/26/1995; Case Number 13-26131, Chapter 7 filed in Maryland Bankruptcy Court on 09/23/2013 , Standard Discharge on 07/14/2014; Case Number 16-13498, Chapter 13 filed in Maryland Bankruptcy Court on 03/18/2016 , Dismissed for Other Reason on 04/05/2016; Case Number 17-16727, Chapter 13 filed in Maryland Bankruptcy Court on 05/15/2017 , Dismissed for Other Reason on 06/27/2017; Case Number 03-53811, Chapter 7 filed in Maryland Bankruptcy Court on 03/10/2003 , Standard Discharge on 06/25/2003.(Admin) (Entered: 06/14/2022) |
| 06/13/2022 | 8 (1 pg) | Notice to Self-Represented Debtors (admin) (Entered: 06/13/2022) |
| 06/13/2022 | 7 (1 pg) | Notice of Deadline for Filing Missing Documents and Warning of Possible Dismissal. Credit Counseling Certificate due 6/24/2022. Incomplete Filings due 6/24/2022 (Fraser, Kizzy) (Entered: 06/13/2022) |
| 06/13/2022 | 6 (3 pgs; 2 docs) | Meeting of Creditors & Notice of Appointment of Interim Trustee Guttman, Zvi with 341(a) meeting to be held on 7/19/2022 at 10:00 AM virtually, by ZoomGov or conference call. See the 341 meeting notice for participation information. Financial Management Course due: 9/19/2022. Last day to oppose discharge is 9/19/2022. (Entered: 06/13/2022) |
| 06/10/2022 | | Receipt of Informa Pauperis - no fee. Receipt Number 40143425. Fee Amount $ 0.00 received by KF. (admin) (Entered: 06/13/2022) |
| 06/10/2022 | 5 (3 pgs) | Application to Have the Filing Fee Waived Filed by Renee McCray . (Fraser, Kizzy) (Entered: 06/13/2022) |
| 06/10/2022 | 4 (2 pgs) | Statement of Intent on behalf of Renee McCray Filed by Renee McCray . (Fraser, Kizzy) (Entered: 06/13/2022) |
| 06/10/2022 | 3 | Social Security Number Verification Page Filed by Renee McCray . (Fraser, Kizzy) (Entered: 06/13/2022) |
| 06/10/2022 | 2 (3 pgs) | No Presumption of Abuse. Chapter 7 Statement of Your Current Monthly Income Form 122A-1 Filed by Renee McCray . (Fraser, Kizzy) (Entered: 06/13/2022) |
| 06/10/2022 | 1 (54 pgs) | Chapter 7 Voluntary Petition Individual Filed by Renee McCray . Section 521(i)(1) Incomplete Filing date: 7/25/2022. (Fraser, Kizzy) (Entered: 06/13/2022) |