

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
David E. Ciambruschini, Chief Deputy

Reply to Northern Division Address

August 25, 2022

RE:   McCray v. Federal Home Loan Mortgage Corporation
      SAG-22-1884
      U.S. Bankruptcy Court, 22-13191

Dear Counsel/Party:

The above-captioned bankruptcy appeal was docketed on July 29, 2022.  Briefs must be filed and served in accordance with Bankruptcy Rule 8018.  Appellant's brief is due within thirty (30) days from the date the Designation of Record is docketed.

Sincerely yours,

_____/s/_____
Catherine M. Stavlas, Clerk

cc:   All counsel/parties

Bankruptcy Letter to Counsel (Rev. 04/2015)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov